IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **Respondent,** | : | |
| | : | |
| v. | : | |
| | : | Case No. 3:12-CR-52-CAR-4 |
| **ORLANDO BROCK,** | : | |
| | : | |
| **Petitioner.** | : | |
| _____ | : | |

**ORDER ON PETITIONER'S MOTION FOR STIPULATED PAYMENT PLAN**

Before the Court is Petitioner Orlando Brock's Motion for a Stipulated Payment Plan on Restitution. [Doc. 256]. In the Motion, Petitioner requests that the Court grant his motion and order a Stipulated Payment Plan of $25.00 per quarter. The Court declines to grant Petitioner's Motion at this time.

Pursuant to Standing Order 2017-07 of the United States Court for the Middle District of Georgia, "[f]inancial penalties shall be due during the period of imprisonment at the rate of not less than $25 per quarter and pursuant to the Bureau of Prisons' Financial Responsibility Program."

The Inmate Financial Responsibility Program ("IFFRP") was created to encourage "each sentenced inmate to meet his or her legitimate financial obligations."[1] The

---

[1] *United States v. Warmus*, 151 F. App'x 783, 786 (11th Cir. 2005) (citing 28 C.F.R. § 545.10).

regulations provide that, when an inmate has a financial obligation, including the special assessment imposed at sentencing, Bureau staff "shall help that inmate develop a financial plan and shall monitor the inmate's progress in meeting that obligation."[2]

This Court has considered Petitioner's request and declines to order a stipulated payment plan. Petitioner should work with IFFRP designees to develop a feasible plan to meet his financial obligations. The Court takes no position as to Petitioner's payment plan obligations and leaves such determination to the experience and discretion of the BOP.

Accordingly, the Petitioner's Motion [Doc. 256] is **DENIED**.

**SO ORDERED**, this 25th day of January, 2022.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[2] *United States v. Warmus*, 151 F. App'x 783, 786 (11th Cir. 2005) (citing 28 C.F.R. § 545.11).